UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK LATON STEWART SR., <br><br> Plaintiff, <br><br> v. <br><br> A. DE LA CRUZ and J. MIRAMONTES, <br><br> Defendants. | Case No. 1:20-cv-00978-JLT-HBK (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF <br><br> (Doc. No. 32) |

Pending before the Court is Plaintiff's "Motion For Request of Polygraph Examination, Pursuant to 9 CCR § 30916," filed August 1, 2024. (Doc. No. 32). Due to its brevity, the Court quotes Plaintiff's Motion in its entirety below:

> Please take notice, that the [sic] soon as this motion may be heard in the entitled Court, the Petitioner/Plaintiff, hereby moves this honorable Court pursuant [to] 9 CCR 30916(A)(2) requesting for a polygraph examination for the purpose of the investigation in this matter.

(*Id*. at 1). Plaintiff cites as the basis for his Motion a California Code of Regulations provision pertaining to safety and security in the California Division of Juvenile Justice, which states that "[a]n accused ward . . ." may be given a polygraph examination if "[t]he ward is accused of being in possession of contraband and such contraband is found in a place to which other than staff have

1

...

access, and . . . [t]here is no evidence other than the location of where the contraband was found to link the ward to the possession of the contraband." Cal. Code Regs. tit. 9 § 30916(A)(2). Because the instant matter is in federal court, which is not subject to the California Code of Regulations, and Plaintiff is an adult California Department of Corrections and Rehabilitation inmate rather than a ward in a juvenile detention facility, (*see* Doc. No. 1), the cited provision has no applicability here.  Nor does Plaintiff state with particularity any other grounds for seeking the Order, as required by Rule 7 of the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 7(b)(1)(B) (requiring a motion to the Court to "state with particularity the grounds for seeking the order.")  The Court will therefore deny Plaintiff's Motion.

Accordingly, it is **ORDERED**:

Plaintiff's Motion for Miscellaneous Relief (Doc. No. 32) is **DENIED**.

Dated:   August 2, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE