UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK LATON STEWART SR., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>A. DE LA CRUZ and J. MIRAMONTES, <br><br>　　　　　Defendants. | Case No.  1:20-cv-00978-JLT-HBK (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF <br><br> (Doc. No. 34) |

　　　　Pending before the Court is Plaintiff's Motion for Polygraph Examination filed August 12, 2024. (Doc. No. 34, "Motion"). The Court previously denied Plaintiff's "Motion for Polygraph Examination" brought under Title 9 of the California Code of Regulations. (Doc. No. 33). In the instant Motion, Plaintiff seeks to subject unidentified correctional officials to a polygraph examination. (*Id*. at 2). In the instant Motion, Plaintiff cites to "15 CCR § as the basis for his Motion. (*Id*. at 1). The Court denies the Motion.

　　　　The regulation cited by Plaintiff provides that CDCR may administer a polygraph examination "in the course of an investigation of official matters" if certain conditions are met: "(1) The examinee has, without coercion, signed a written statement of consent to the examination[;] (2) The polygraph examiner is an Office of Correctional Safety staff member[;]

1

[and] (3) The Assistant Secretary or designee, Office of Correctional Safety, has approved the examination." Cal. Code Regs. tit. 15 § 3293(A)(1)-(3).  The provision pertains to CDCR investigations, not to federal litigation, and thus has no applicability here.  Moreover, Plaintiff's Motion provides no indication that any Defendant has consented to a polygraph examination or that the other conditions required for Section 3293 to apply are present here.  Nor does Plaintiff state with particularity any other grounds for granting the Order, as required by Rule 7 of the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 7(b)(1)(B) (requiring a motion to the Court to "state with particularity the grounds for seeking the order

Accordingly, it is **ORDERED**:

Plaintiff's Motion for Miscellaneous Relief (Doc. No. 34) is **DENIED**.

Dated:   August 13, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE