UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK LATON STEWARD, SR., <br><br> Plaintiff, <br><br> v. <br><br> A. DE LA CRUZ and J. MIRAMONTES, <br><br> Defendants. | Case No. 1:20-cv-000978-JLT-HBK (PC) <br><br> ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS <br><br> (Doc. No. 36) |

Pending before the Court is Plaintiff's Motion to Compel and for Sanctions filed September 20, 2024. (Doc. No. 36, "Motion"). Plaintiff claims that Defendants have not responded to his discovery requests, and he seeks sanctions. (*See generally*, *Id*.). The Court previously advised that a moving party filing a motion to compel "must include certification that they have complied with their duty to meet and confer. The failure to include a certification will result in the motion being stricken." (*See* Discovery and Scheduling Order, Doc. No. 28 at p. 2:11-15). Plaintiff's Motion contains no such certification.

Accordingly, Plaintiff's Motion to Compel and for Sanctions (Doc. No. 36) is stricken.

Dated:   October 1, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE