UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK LATON STEWART, SR.,<br>　　　　　Plaintiff,<br><br>v.<br><br>DE LA CRUZ, et al.,<br>　　　　　Defendant. | 1:20-cv-00978-HBK  (PC)<br><br>AMENDED[1] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF ERICK LATON STEWART, SR., CD # V-59299<br><br>DATE: MARCH 19, 2025<br>TIME:  1:00 p.m.<br>MANNER: ZOOM VIDEOCONFERENCE |

　　　　Erick Laton Stewart, inmate, CDC #V-59299, a necessary and material witness for the proceedings in this case, is confined at Salinas Valley State Prison, in the custody of the Warden/Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate by Zoom for a **Pretrial Conference on MARCH 19, 2025, at  1:00 p.m.**

　　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of Salinas Valley State Prison**

　　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:　　February 26, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE



---

[1] Amended to correct the nature of the hearing from a Settlement Conference to a Pretrial Conference.