UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK LATON STEWART, SR., | Case No. 1:20-cv-00978-HBK (PC) |
| Plaintiff, | ORDER DISCHARGING AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF ERICK LATON STEWART, SR., CD # V-59299 |
| v. | |
| DE LA CRUZ, et al., | |
| Defendant. | (Doc. No. 59) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 26, 2025, the Court issued an Amended Order & Writ of Habeas Corpus Ad Testificandum for Plaintiff Erick Laton Stewart, Sr., CD #V-59299 for a pretrial conference scheduled on March 19, 2025 at 1:00 p.m. by Zoom before the undersigned.  (Doc. No. 59).  On March 7, 2025, Defendants filed a Notice of Settlement informing the Court the parties had reached a settlement in this matter such that the pretrial conference is no longer necessary.  (Doc. No. 61).

Accordingly, it is **ORDERED**:

1. The Writ of Habeas Corpus Ad Testificandum for Plaintiff Erick Laton Stewart, Sr., CD #V-59299 issued on February 26, 2025 (Doc. No. 59) is DISCHARGED.

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at Salinas Valley State Prison and on the Litigation Coordinator of any other institution which requires this information.

Dated:   March 10, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE